■
**John Kent SMITH, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 12354.**

United States Court of Appeals Fourth Circuit.

Argued Oct. 10, 1968.

Decided Oct. 15, 1968.

William B. Kempton, Baltimore, Md. (Court-appointed counsel) [L. Vernon Miller, Jr., Baltimore, Md. (Court-appointed counsel) on brief], for appellant.

Paul M. Rosenberg, Asst. U. S. Atty. (Stephen H. Sachs, U. S. Atty., on brief), for appellee.

Before SOBELOFF, BRYAN, and BUTZNER, Circuit Judges.

**PER CURIAM:**

The judgment denying John Kent Smith's application for relief under 28 U.S.C. § 2255 is affirmed upon the opinion of the district court. Smith v. United States, 277 F.Supp. 850 (D.Md.1967).

■
**UNITED STATES of America, Appellee,**

v.

**Allan James BERUBE, Appellant.**

**No. 12024.**

United States Court of Appeals Fourth Circuit.

Argued Oct. 8, 1968.

Decided Oct. 11, 1968.
Certiorari Denied Feb. 24, 1969.

See 89 S.Ct. 908.

Dennis J. Winner, Asheville, N. C. (Court-appointed counsel) [Bruce A. Elmore, Asheville, N. C. (Court-appointed counsel) on brief], for appellant.

William Medford, U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and BUTZNER, Circuit Judges.

**PER CURIAM:**

Upon consideration of the briefs and oral argument, we find no reversible error. The judgment is affirmed.

■
**Charles McLAURIN, Appellant,**

v.

**William C. BURNLEY, Jr., Custodian of the Greenville City Jail, Appellee.**

**No. 25765.**

United States Court of Appeals Fifth Circuit.

Oct. 15, 1968.

Melvyn Zarr, New York City, R. Jess Brown, Jackson, Miss., Jack Greenberg, New York City, Reuben V. Anderson, Jackson, Miss., Anthony G. Amsterdam, Philadelphia, Pa., for appellant.

J. Robertshaw, Robertshaw, Merideth & Swank, Greenville, Miss., for appellee.

Before GOLDBERG and AINSWORTH, Circuit Judges, and SPEARS, District Judge.

**PER CURIAM:**

The comprehensive memorandum opinion filed in this cause by the District Court and reported in 279 F.Supp. 220 (N.D.Miss.1967) is hereby approved, and the judgment denying the petition for writ of habeas corpus is affirmed.